Colleen A. Snyder (SB No. 274064)
colleen@snydershaw.com
Daniel R. Shaw (SB No. 281387)
daniel@snydershaw.com
Snyder & Shaw LLP
3220 S. Higuera St. Suite 220
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiff

KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mails:  kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANT LODI UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.; by and through his guardian ad litem, MAGDALENA CAMACHO,<br><br>Plaintiff,<br><br>v.<br><br>LODI UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 2:25-cv-01379-DJC-SCR<br><br>**ORDER GRANTING REQUEST TO CONTINUE DEADLINE FOR FILING OF MINOR'S COMPROMISE PETITION** |

On April 29, 2026, the Parties participated in a settlement conference with Magistrate Judge Chi Soo Kim.  A global settlement agreement ("Global Agreement") was reached that was subject to approval by the Lodi Unified School District's governing board, and this Court.  The Parties anticipated filing a Petition for Approval of Minor's Compromise by the end of June.

1

However, the Global Agreement is still being circulated.  The Parties have requested an extension of two weeks to file their Petition for Approval of Minor's Compromise, in order to attach the Global Agreement for the Court's review.  The Court hereby GRANTS the Parties' joint request and the deadline to file the Petition for Minor's Compromise in this matter is continued to July 15, 2026.

IT IS SO ORDERED.

Dated:  July 1, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:15-cv-01379-DJC-SCR